In the Matter of the Probate of the Last Will and Testament of MARY F. STEPHENSON, Deceased.— It appearing that by the excusable neglect of the appellants the undertakings required by section 2759 of the Code of Civil Procedure were not duly filed, but that they have since been filed, the court determines that the appellants are relieved of the default, the undertakings filed are deemed the undertakings on appeal, upon the appellants paying ten dollars costs of motion to the respondent. Thereupon the motion is denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GUISEPPA INSANA, Respondent, for Compensation under the Workmen's Compensation Law, v. NORDENHOLT CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants. — Motion for reargument granted, and case set at the head of the compensation appeals calendar for the November term.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WALTER B. ZAMPIERE, Respondent, for Compensation under the Workmen's Compensation Law, v. WILLIAM SPENCER & SON CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion for reargument granted, and case set at the head of compensation appeals calendar for the November term.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHESTER BEAGLE, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. GEORGE GROFF, Employer, and FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— The award having been opened by the Commission, and the claim now being under consideration by it, the appeal is without force and is dismissed, without costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of VINCENZO GALLO, Respondent, for Compensation under the Workmen's Compensation Law, v. THE BLOCH AND HIRSCH FUR COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.—Award reversed, and the matter remitted to the Commission for further consideration. The reversal is for the error in refusing the cross-examination of Dr. Larralde. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NICHOLAS FARONE, Respondent, for Compensation under the Workmen's Compensation Law, v. JOSEPH FARONE, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JENNIE GREENWAY, Respondent, for Compensation under the Workmen's Compensation Law, v. HOSPITAL OF GOOD SHEPHERD, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.